UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BONNIE LAPWOOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHSTATE BANK, N.A.,<br><br>Defendant. | Case No. 8:24-cv-00824-KKM-NHA<br><br>Judge Kathryn Kimball Mizelle<br><br>Magistrate Judge Natalie Hirt Adams |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BONNIE LAPWOOD hereby gives notice that her claims in this action against Defendant SOUTHSTATE BANK, N.A. are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 9, 2024

Respectfully Submitted,

By: */s/ Brittany Resch*
    Brittany Resch
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com

          Joshua R. Jacobson
          Florida Bar No. 1002264
          JACOBSON PHILLIPS PLLC
          478 E. Altamonte Dr., Ste. 108-570
          Altamonte Springs, FL 32701
          Telephone: (407) 720-4057
          joshua@jacobsonphillips.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system. DATED this 9th day of July, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
 Brittany Resch
 bresch@straussborrelli.com
 STRAUSS BORRELLI PLLC
 One Magnificent Mile
 980 N Michigan Avenue, Suite 1610
 Chicago IL, 60611
 Telephone: (872) 263-1100
 Facsimile: (872) 263-1109